# EXHIBIT 3

THURSDAY, SEPTEMBER 19, 2013
FOUR SEASONS HOTEL ATLANTA
CLICK HERE FOR MORE INFORMATION



dailyreportonline.com

Subscribe   Sign Out | My Account

Enter Keywords   This Website   Search

NEWS   SPECIAL REPORTS   COURT OPINIONS   COURT CALENDARS   BENCH GUIDE   PUBLIC NOTICES   CONTACT   BOOKS   EVENTS   CLASSIFIEDS

## Search The Going Rate Database

| All Content |
| All Names |
| Firm |
| Practice Area |
| Titles |

| Cities | States | Countries |
| Law School | Year Graduated | Years Practicing |
| Min Rate | Max Rate | All Years | Order By |



GOING RATE

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Beale, Daniel R. | Partner | McKenna Long and Aldridge | Atlanta | | 450 | 440 | | | | |
| Berger, Gordon M. | Shareholder | Wagner Johnston and Rosenthal | Atlanta | | 335 | | | | | |
| Boyd, Matthew A. | Of Counsel | King and Spalding | Atlanta | | | | 530 | | | |
| Brown, Daniel B. | Managing Shareholder | The Health Law Partners | Atlanta | | | | 425 | 425 | 415 | |
| Buffenstein, Daryl | Partner | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 535 | |
| Byrnside, Ian | Associate | McKenna Long and Aldridge | Atlanta | | 315 | 285 | | | | |
| Clark, Brenna M. | Associate | Mazursky Constantine | Atlanta | | 235 | | | | | |
| Clarke, Matthew W. | Partner | Smith, Gambrell and Russell | Atlanta | | | 465 | 465 | 385 | | |
| Coburn, Brett | Associate | Alston and Bird | Atlanta | 470 | | 470 | | | | |
| Constantine, Randall A. | Partner | Mazursky Constantine | Atlanta | | 525 | | | | | |
| DeHaven, Dara | Shareholder | Ogletree, Deakins, Nash, Smoak and Stewart | Atlanta | | | | | | 350 | |
| Draper, Clara | Partner | Alston and Bird | Atlanta | | 610 | | 550 | | | |
| Fogarty, Kimberly | Associate | Alston and Bird | Atlanta | | | | | | 285 | |
| Gerakitis, Richard | Partner | Troutman Sanders | Atlanta | | | | 450 | | | |
| Gordon, Jeffrey | Associate | Ogletree, Deakins, Nash, Smoak and Stewart | Atlanta | | | | | | 210 | |
| Hawkins, Charles A. | Partner | Troutman Sanders | Atlanta | | | | 440 | | | |
| Holmes, Marilee | Associate | Alston and Bird | Atlanta | 405 | | | | | | |
| Holmes, Marilee | Associate | Alston and Bird | Atlanta | 405 | | | | | | |
| Infinger, Glenn T. | Partner | Mazursky Constantine | Atlanta | | 525 | | | | | |
| Johnston, Michael W. | Partner | King and Spalding | Atlanta | 730 | | | 630 | | | |
| Kaufman, Michael D. | Partner | Troutman Sanders | Atlanta | | 545 | 495 | 460 | | | |
| Keating, Adam C. | Associate | Ford and Harrison | Atlanta | 245 | | | | | | |
| King, Teri Forehad | Partner | Mazursky Constantine | Atlanta | | 358 | | | | | |
| Klein, Kristina N. | Associate | Troutman Sanders | Atlanta | 335 | | | | | | |

| Knopf, Gary D. | Associate | Troutman Sanders | Atlanta | 225 |

**1 2**   1 - 25 of 50 results

# the LAW.COM network

## LAW.COM
Newswire
Special Reports
International News
Lists, Surveys & Rankings
Legal Blogs
Site Map

## ALM NATIONAL
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
The National Law Journal

## ALM REGIONAL
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
The Recorder (CA)
Texas Lawyer

## DIRECTORIES
ALM Experts
LegalTech® Directory
In-House Law Departments at the
Top 500 Companies
New York's Women Leaders in the
Law
Corporate Counsel: Best
Lawyers® Annual Guides
The American Lawyer: Best
Lawyers® Annual Guides
The National Law Journal
Leadership Profiles
National Directory of Minority
Attorneys

## BOOKS &
NEWSLETTERS
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog Store
Law Journal Press Online

## RESEARCH
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

## EVENTS &
CONFERENCES
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

## REPRINTS
Reprints

## ONLINE CLE
CLE Center

## CAREER
Lawjobs

About ALM  | About Law.com  | Customer Support  | Reprints | Privacy Policy  | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.





## DAILY REPORT

dailyreportonline.com

Subscribe    Sign Out | My Account

Enter Keywords    This Website    Search

**NEWS    SPECIAL REPORTS    COURT OPINIONS    COURT CALENDARS    BENCH GUIDE    PUBLIC NOTICES    CONTACT    BOOKS    EVENTS    CLASSIFIEDS**

### Search The Going Rate Database



All Content

All Names

Firms

Practice Areas

Titles

Cities          States          Countries

Law School    Year Graduated    Years Practicing

Min Rate    Max Rate    All Years    Order By

GOING (GR) RATE

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Koelker, Kelly | Counsel | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 395 | |
| Koenig, Karen | Counsel | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 500 | |
| Korhonen, Jana L. | Associate | Troutman Sanders | Atlanta | | 325 | 300 | 275 | | | |
| Leonard, Erika L. | Partner | Paul, Hastings, Janofsky and Walker | Atlanta | 685 | | | | | | |
| Mario, Scott B. | Counsel | King and Spalding | Atlanta | 465 | | | | | | |
| Marks, Lindsay S. | Associate | Troutman Sanders | Atlanta | | 350 | | | | | |
| Marlowe, Deborah | Partner | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 550 | |
| Marshall, Edward A. | Associate | Arnall Golden Gregory | Atlanta | | | | | 300 | | |
| Martin, Matthew Blake | Associate | Ford and Harrison | Atlanta | 275 | 240 | | | | | |
| Miner, Kevin | Associate | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 375 | |
| Newman, Mark J. | Partner | Troutman Sanders | Atlanta | 460 | | | 405 | | | |
| Patton, Glenn | Partner | Alston and Bird | Atlanta | 495 | | | | | 425 | |
| Payne, Erin L. | Associate | Smith, Gambrell and Russell | Atlanta | | | 300 | 300 | 250 | 230 | |
| Perlowski, Henry M. | Partner | Arnall Golden Gregory | Atlanta | | 440 | 425 | | | | |
| Putnal, J. David | Partner | Mazursky Constantine | Atlanta | | 470 | | | | | |
| Rambow, Rebecca | Associate | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 230 | |
| Riordan, Robert P. | Partner | Alston and Bird | Atlanta | | | 560 | | | | |
| Russotto, Serina M. | Associate | Arnall Golden Gregory | Atlanta | | 345 | 325 | | | | |
| Ryan, Andria Lure | Partner | Fisher and Phillips | Atlanta | | | 400 | 390 | | | |
| Seymour, Stanley A. | Associate | Kilpatrick Townsend and Stockton | Atlanta | | 415 | | | | | |
| Shelfer, Jennifer L. | Associate | Arnall Golden Gregory | Atlanta | | 260 | 245 | | | | |
| Sherman, Kyle | Partner | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 485 | |
| Walls, Tobin R. | Partner | Mazursky Constantine | Atlanta | 395 | | | | | | |
| Weidenbaum, Samantha | Associate | Paul, Hastings, Janofsky and Walker | Atlanta | | | | | | 395 | |

Whitehead, Steven J.        Attorney        Taylor English Duma        Atlanta        300

1 | 2    26 - 50 of 50 results

# the LAW.COM network

| LAW.COM | ALM REGIONAL | DIRECTORIES | BOOKS & NEWSLETTERS | EVENTS & CONFERENCES |
|---|---|---|---|---|
| Newswire | Connecticut Law Tribune | ALM Experts | Best-Selling Books | ALM Events |
| Special Reports | Daily Business Review (FL) | LegalTech® Directory | Publication E-Alerts | LegalTech® |
| International News | Delaware Law Weekly | In-House Law Departments at the | Law Journal Newsletters | Virtual LegalTech® |
| Lists, Surveys & Rankings | Daily Report (GA) | Top 500 Companies | LawCatalog Store | Virtual Events |
| Legal Blogs | The Legal Intelligencer (PA) | New York's Women Leaders in the | Law Journal Press Online | Webinars & Online Events |
| Site Map | New Jersey Law Journal | Law | | Insight Information |
| | New York Law Journal | Corporate Counsel: Best | RESEARCH | |
| ALM NATIONAL | GC New York | Lawyers® Annual Guides | ALM Legal Intelligence | REPRINTS |
| The American Lawyer | The Recorder (CA) | The American Lawyer: Best | Court Reporters | Reprints |
| The Am Law Litigation Daily | Texas Lawyer | Lawyers® Annual Guides | MA 3000 | |
| Corporate Counsel | | The National Law Journal | Verdict Search | ONLINE CLE |
| Law Technology News | | Leadership Profiles | ALM Experts | CLE Center |
| The National Law Journal | | National Directory of Minority | Legal Dictionary | |
| | | Attorneys | Smart Litigator | CAREER |
| | | | | Lawjobs |

About ALM  | About Law.com  | Customer Support  | Reprints | Privacy Policy  | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.





# DAILY REPORT
dailyreportonline.com

Sign Out | My Account

Enter Keywords | This Website | Search

NEWS  SPECIAL REPORTS  COURT OPINIONS  COURT CALENDARS  BENCH GUIDE  PUBLIC NOTICES  CONTACT  BOOKS  EVENTS  CLASSIFIEDS

## 🔍 Search The Going Rate Database

All Content

All Names

All

All

All

All | All | All

All | All | All

All | All | All | All



## GOING RATE

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Clarke, Matthew W. | Partner | Smith, Gambrell and Russell | Atlanta | | | 465 | 465 | 385 | | |
| Constantine, Randall A. | Partner | Mazursky Constantine | Atlanta | | 525 | | | | | |
| Leonard, Erika L | Partner | Paul, Hastings, Janofsky and Walker | Atlanta | 685 | | | | | | |
| Payne, Erin L. | Associate | Smith, Gambrell and Russell | Atlanta | | | 300 | 300 | 250 | 230 | |

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Lists, Surveys & Rankings
Legal Blogs
Site Map

**ALM NATIONAL**
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
The National Law Journal

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
The Recorder (CA)
Texas Lawyer

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best Lawyers® Annual Guides
The National Law Journal Leadership Profiles
National Directory of Minority Attorneys

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog Store
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

**REPRINTS**
Reprints

**ONLINE CLE**
CLE Center

**CAREER**
Lawjobs

About ALM | About Law.com | Customer Support | Reprints | Privacy Policy | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.



ALM
An Integrated Media Company



The Atlanta Bar Association Presents
# A Courthouse Line X
Audition Dates: August 5, 6 and 8





dailyreportonline.com

Subscribe | Sign Out | My Account

Enter Keywords | This Website | Search

NEWS   SPECIAL REPORTS   COURT OPINIONS   COURT CALENDARS   BENCH GUIDE   PUBLIC NOTICES   CONTACT   BOOKS   EVENTS   CLASSIFIEDS

## Search The Going Rate Database

| All Content |
| All Names |
| Firms |
| Practice Areas |
| Titles |

| Cities | States | Countries |
| Law School | Year Graduated | Years Practicing |
| Min Rate | Max Rate | All Years | Order By |

GOING GR RATE

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Allen, Tanicha R. | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | 120 | 120 | | | | | |
| Aponte, Awilda M. | Paralegal | Schreeder, Wheeler and Flint | Atlanta | 140 | 140 | 140 | 140 | | 140 | |
| Bailey, Coco | Paralegal | Thomas, Kayden, Horstemeyer and Risley | Atlanta | | | | | | 175 | |
| Barshay, Cathy | Paralegal | Clyde Click | Atlanta | | 250 | | | | | |
| Benefield, Vicky R. | Paralegal | Mazursky Constantine | Atlanta | | 100 | | | | | |
| Bookout, Kimberly M. | Paralegal | McKenna Long and Aldridge | Atlanta | | 215 | | | | | |
| Boyette, Leslie D. | Paralegal | Law Offices of Steven J. Strelzik | Atlanta | | | | | 90 | | |
| Breuer, Margaret A. | Paralegal | Mozley, Finlayson and Loggins | Atlanta | 100 | 100 | | | 85 | | |
| Brewer, Margaret A. | Paralegal | Burton and Armstrong | Atlanta | | | | | 85 | | |
| Brock, Marcella | Paralegal | Ogier, Rothschild and Rosenfeld | Atlanta | | | | 75 | | | |
| Brooks, Bobbie | Paralegal | Alston and Bird | Atlanta | | 205 | | | | 185 | 175 |
| Burdette, Shay K. | Paralegal | McKenna Long and Aldridge | Atlanta | | 175 | | | | | |
| Cash, Dori L. | Paralegal | McLain and Merritt | Atlanta | | 135 | | | | | |
| Clark, K. | Paralegal | Schreeder, Wheeler and Flint | Atlanta | | | | | 140 | | |
| Clark, Toni | Paralegal | Balch and Bingham | Atlanta | | | 155 | 155 | | | |
| Clayton, Debbie D. | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | | | | 115 | | | |
| Clements, Nicole | Paralegal | Cohen Pollock Merlin and Small | Atlanta | 170 | | | | | | |
| Cooke, Tangela Y. | Paralegal | Parker, Hudson, Rainer and Dobbs | Atlanta | | | 160 | | | | |
| Cowan, Patti | Paralegal | Gambrell and Stolz | Atlanta | | | | | | | 75 |
| Crowder, Shellie H. | Paralegal | Balch and Bingham | Atlanta | | 155 | 135 | | | | |
| Crowder, Shelli | Paralegal | Thomas, Kayden, Horstemeyer and Risley | Atlanta | | | | | 155 | | |
| Davidson, Jennifer | Paralegal | Paul H. Anderson Jr. | Atlanta | | | | | 115 | 95 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Dietz-Selke, Patty | Paralegal | Troutman Sanders | Atlanta | 225 | | | |
| Dunning, Lisa | Paralegal | Paul, Hastings, Janofsky and Walker | Atlanta | | 270 | 270 | 200 |
| Eden, Virginia S. | Paralegal | Smith, Gambrell and Russell | Atlanta | | 290 | 240 | 200 |

[1] [2] [3] [4]   1 - 25 of 86 results

# the LAW.COM network

## LAW.COM
Newswire
Special Reports
International News
Lists, Surveys & Rankings
Legal Blogs
Site Map

## ALM NATIONAL
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
The National Law Journal

## ALM REGIONAL
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
The Recorder (CA)
Texas Lawyer

## DIRECTORIES
ALM Experts
LegalTech® Directory
In-House Law Departments at the
Top 500 Companies
New York's Women Leaders in the
Law
Corporate Counsel: Best
Lawyers® Annual Guides
The American Lawyer: Best
Lawyers® Annual Guides
The National Law Journal
Leadership Profiles
National Directory of Minority
Attorneys

## BOOKS &
## NEWSLETTERS
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog Store
Law Journal Press Online

## RESEARCH
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

## EVENTS &
## CONFERENCES
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

## REPRINTS
Reprints

## ONLINE CLE
CLE Center

## CAREER
Lawjobs

About ALM  | About Law.com  | Customer Support  | Reprints | Privacy Policy  | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.






The Atlanta Bar Association Presents
**A Courthouse Line X**
Audition Dates: August 5, 6 and 8



**DAILY REPORT**
dailyreportonline.com

Sign Out | My Account

Enter Keywords | This Website | Search

NEWS    SPECIAL REPORTS    COURT OPINIONS    COURT CALENDARS    BENCH GUIDE    PUBLIC NOTICES    CONTACT    BOOKS    EVENTS    CLASSIFIEDS

**Search The Going Rate Database**

All Content
All Names
Firms
Practice Areas
Titles
Cities | States | Counties
Law School | Year Graduated | Years Practicing
Min Rate | Max Rate | All Years | Order By

Search

**DAILY REPORT**

**GOING (GR) RATE**

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Ellison, Tedra | Paralegal | Alston and Bird | Atlanta | | 235 | 220 | 200 | | 160 | 150 |
| Engelberger, Kara | Paralegal | Balch and Bingham | Atlanta | | | 155 | 140 | | | |
| Forshee, Sarah E. | Paralegal | McKenna Long and Aldridge | Atlanta | | | 115 | 85 | | | |
| Francois, Inghe | Paralegal | McKenna Long and Aldridge | Atlanta | | 205 | 205 | 190 | | | |
| Francois, Inghe | Paralegal | McKenna Long and Aldridge | Atlanta | | | 205 | 190 | | | |
| Fraser, Carol D. | Paralegal | Paul, Hastings, Janofsky and Walker | Atlanta | | 230 | 230 | 230 | | | |
| Furlong, K. Michael | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | | 120 | | | 110 | | |
| Gossmann, Andrea M. | Paralegal | Arnall Golden Gregory | Atlanta | | 175 | 175 | | 170 | | |
| Greene, Patti | Paralegal | Alston and Bird | Atlanta | | | | 225 | | | |
| Hardin, Andria | Paralegal | Law Offices of Steven J. Strelzik | Atlanta | | 90 | | | | | |
| Harris, Michaela | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | 120 | | | | | | |
| Hassouna, Jennifer L. | Paralegal | The Slomka Law Firm | Atlanta | 100 | | | | | | |
| Higgins, Cindy J. | Paralegal | Parker, Hudson, Rainer and Dobbs | Atlanta | | | | 170 | | | |
| Hulsey, Pat | Paralegal | Baker, Donelson, Bearman, Caldwell and Berkowitz | Atlanta | 150 | | | | | | |
| Johns, Tiffany F. | Paralegal | Foltz Martin | Atlanta | | | 155 | | | | |
| Layfield, Kelly S. | Paralegal | Schreeder, Wheeler and Flint | Atlanta | 150 | 150 | 150 | 150 | 150 | 150 | |
| Lemons, Karla L. | Paralegal | Cohen Pollock Merlin and Small | Atlanta | 180 | 180 | 170 | 160 | 160 | 145 | |
| Marquis, Kimberly | Paralegal | McLain and Merritt | Atlanta | | 115 | | | | | |
| Marrinson, Rita | Paralegal | Danowitz and Associates | Atlanta | | 110 | | | | | |
| Martin, Linda F. | Paralegal | Foltz Martin | Atlanta | | | 155 | | | | |
| McConnell, Sandra H. | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | 120 | 120 | 115 | 110 | 110 | 110 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| McEwen, Carol | Paralegal | McKenna Long and Aldridge | Atlanta | 250 | | |
| McGowan, Laura C. | Paralegal | Balch and Bingham | Atlanta | | 130 | 125 |
| McLaws, Rebecca W. | Paralegal | Law Offices of Steven J. Strelzik | Atlanta | 160 | 90 | 90 |
| Morgen, Nan E. | Paralegal | McKenna Long and Aldridge | Atlanta | 170 | | |

1 2 3 4    26 - 50 of 86 results

## the LAW.COM network

| LAW.COM | ALM REGIONAL | DIRECTORIES | BOOKS & NEWSLETTERS | EVENTS & CONFERENCES |
|---|---|---|---|---|
| Newswire | Connecticut Law Tribune | ALM Experts | Best-Selling Books | ALM Events |
| Special Reports | Daily Business Review (FL) | LegalTech© Directory | Publication E-Alerts | LegalTech© |
| International News | Delaware Law Weekly | In-House Law Departments at the | Law Journal Newsletters | Virtual LegalTech© |
| Lists, Surveys & Rankings | Daily Report (GA) | Top 500 Companies | LawCatalog Store | Virtual Events |
| Legal Blogs | The Legal Intelligencer (PA) | New York's Women Leaders in the | Law Journal Press Online | Webinars & Online Events |
| Site Map | New Jersey Law Journal | Law | | Insight Information |
| | New York Law Journal | Corporate Counsel: Best | RESEARCH | |
| ALM NATIONAL | GC New York | Lawyers© Annual Guides | ALM Legal Intelligence | REPRINTS |
| The American Lawyer | The Recorder (CA) | The American Lawyer: Best | Court Reporters | Reprints |
| The Am Law Litigation Daily | Texas Lawyer | Lawyers© Annual Guides | MA 3000 | |
| Corporate Counsel | | The National Law Journal | Verdict Search | ONLINE CLE |
| Law Technology News | | Leadership Profiles | ALM Experts | CLE Center |
| The National Law Journal | | National Directory of Minority | Legal Dictionary | |
| | | Attorneys | Smart Litigator | CAREER |
| | | | | Lawjobs |

About ALM  | About Law.com  | Customer Support  | Reprints  | Privacy Policy   | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.





The Atlanta Bar Association Presents
# A Courthouse Line X
### Audition Dates: August 5, 6 and 8



DAILY REPORT
dailyreportonline.com

| Subscribe | Sign Out | My Account |

Enter Keywords | This Website | Search

NEWS   SPECIAL REPORTS   COURT OPINIONS   COURT CALENDARS   BENCH GUIDE   PUBLIC NOTICES   CONTACT   BOOKS   EVENTS   CLASSIFIEDS

## Search The Going Rate Database

All Content

All Names

Firm

Practice Area

Titles

City | States | Company

Law School | Year Graduated | Years Practicing

Max Rate | Max Rate | All Years | Order By



GOING GR RATE

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Motes, Renee | Paralegal | Danowitz and Associates | Atlanta | 110 | 110 | 110 | | | 90 | |
| Nealy, Devora L. | Paralegal | Arnall Golden Gregory | Atlanta | | | | | 155 | | |
| Neubauer, Laura B. | Paralegal | McKenna Long and Aldridge | Atlanta | | 125 | 125 | | | | |
| Nurse, Talia | Paralegal | Balch and Bingham | Atlanta | | | 210 | 200 | | | |
| Parks, Darlene H. | Paralegal | Morris, Manning and Martin | Atlanta | | 155 | | | | | 120 |
| Pearson, Ann | Paralegal | McKenna Long and Aldridge | Atlanta | | | 240 | 225 | | | |
| Plunkett, Sue | Paralegal | McKenna Long and Aldridge | Atlanta | | | 210 | 210 | 195 | 185 | |
| Porter, Kimberly M | Paralegal | Kitchens Kelley Gaynes | Atlanta | | | | 130 | | | |
| Potter, Dot | Paralegal | Ogier, Rothschild and Rosenfeld | Atlanta | | 100 | 100 | 100 | | 100 | 125 |
| Price, Joanne | Paralegal | Alston and Bird | Atlanta | | | | | | 150 | 150 |
| Quigley, Pat | Paralegal | Danowitz and Associates | Atlanta | | 110 | | | | | |
| Reed, Jan E. | Paralegal | McKenna Long and Aldridge | Atlanta | | 225 | 215 | | | | |
| Richardson, Jason C. | Paralegal | Foltz Martin | Atlanta | | | 130 | 130 | | | |
| Rudd, Karen L. | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | | | 115 | | 110 | | |
| Russell, Fran L. | Paralegal | McKenna Long and Aldridge | Atlanta | | | 240 | 225 | 215 | | 185 |
| Seeba, Susan M. | Paralegal | Balch and Bingham | Atlanta | | | 155 | 140 | | | |
| Sexton, Kathy | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | | | 115 | | 110 | 110 | |
| Shaw, Daphne | Paralegal | Balch and Bingham | Atlanta | | | 140 | | | | |
| Shipskie, Kimberly | Paralegal | Ogier, Rothschild and Rosenfeld | Atlanta | 125 | 100 | | | | | |
| Sideris, Rebecca | Paralegal | Ogier, Rothschild and Rosenfeld | Atlanta | 125 | 100 | | 75 | | | |
| Simpson, Summer M. | Paralegal | Foltz Martin | Atlanta | | | 125 | | | | |
| Small, Patricia S. | Paralegal | Cohen Pollock Merlin and Small | Atlanta | | 150 | 140 | 115 | 115 | 100 | 100 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Stafford, Lashaunda M. | Paralegal | McKenna Long and Aldridge | Atlanta | 185 | 185 | 170 |
| Stanton, Geraldine | Paralegal | Carlock Copeland and Stair | Atlanta | 100 | | |
| Taylor, Michelay | Paralegal | Greenberg Traurig | Atlanta | | | 205 |

1  2  3  4    51 - 75 of 86 results

## the LAW.COM network

### LAW.COM
Newswire
Special Reports
International News
Lists, Surveys & Rankings
Legal Blogs
Site Map

### ALM NATIONAL
The American Lawyer
The Am Law Litigation Daily
Corporate Counsel
Law Technology News
The National Law Journal

### ALM REGIONAL
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York
The Recorder (CA)
Texas Lawyer

### DIRECTORIES
ALM Experts
LegalTech® Directory
In-House Law Departments at the
Top 500 Companies
New York's Women Leaders in the
Law
Corporate Counsel: Best
Lawyers® Annual Guides
The American Lawyer: Best
Lawyers® Annual Guides
The National Law Journal
Leadership Profiles
National Directory of Minority
Attorneys

### BOOKS &
### NEWSLETTERS
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog Store
Law Journal Press Online

### RESEARCH
ALM Legal Intelligence
Court Reporters
MA 3000
Verdict Search
ALM Experts
Legal Dictionary
Smart Litigator

### EVENTS &
### CONFERENCES
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

### REPRINTS
Reprints

### ONLINE CLE
CLE Center

### CAREER
Lawjobs

About ALM  | About Law.com  | Customer Support  | Reprints  | Privacy Policy  | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.





The Atlanta Bar Association Presents
# A Courthouse Line X
Audition Dates: August 5, 6 and 8





dailyreportonline.com

Sign Out | My Account

Enter Keywords | This Website | Search

**NEWS   SPECIAL REPORTS   COURT OPINIONS   COURT CALENDARS   BENCH GUIDE   PUBLIC NOTICES   CONTACT   BOOKS   EVENTS   CLASSIFIEDS**

## Search The Going Rate Database

All Content

All Names

Firms

Practice Areas

Titles

| Cities | States | Countries |
| Law School | Year Graduated | Years Practicing |
| Min Rate | Max Rate | All Years | Order By |

[ Search ]



GOING GR RATE

» Bringing billing into the digital age
» Legal pricing pros organize peer group
» Hourly rates in a time of moderation
» About our methodology

» Partners in Atlanta | Georgia
» Associates in Atlanta | Georgia
» Litigators
» Lawyers who charge more than $900

| Name | Title | Firm | City | 2012 Rates | 2011 Rates | 2010 Rates | 2009 Rates | 2008 Rates | 2007 Rates | 2006 Rates |
|---|---|---|---|---|---|---|---|---|---|---|
| Truelove, Marci J. | Paralegal | The Slomka Law Firm | Atlanta | 100 | | | | | | |
| Valentin, Carmen | Paralegal | Greenberg Traurig | Atlanta | | | | 200 | | | |
| Virts, Lorna | Paralegal | Smith, Gambrell and Russell | Atlanta | | 195 | | | | | |
| Wages, Nicole | Paralegal | Balch and Bingham | Atlanta | | | 145 | 135 | | | |
| Wardrick, James | Paralegal | Smith, Gambrell and Russell | Atlanta | | | | 165 | | | |
| Wenger, Sharon M. | Paralegal | Macey, Wilensky, Kessler, Howick and Westfall | Atlanta | | | | | | 110 | |
| Zebrowitz, Lesley A. | Paralegal | Cohen Pollock Merlin and Small | Atlanta | 170 | 170 | 150 | | | | |
| | Paralegal | Taylor English Duma | Atlanta | 145 | | | | | | |
| | Paralegal | Danowitz and Associates | Atlanta | 110 | | | | | | |
| | Paralegal | Paul Reece Marr | Atlanta | 110 | | | | | | |
| | Paralegal | The Law Offices of Wilt B. Geer | Atlanta | 150 | | | | | | |

1  2  3  4   76 - 86 of 86 results

## the LAW.COM network

**LAW.COM**
Newswire
Special Reports
International News
Lists, Surveys & Rankings
Legal Blogs
Site Map

**ALM NATIONAL**

**ALM REGIONAL**
Connecticut Law Tribune
Daily Business Review (FL)
Delaware Law Weekly
Daily Report (GA)
The Legal Intelligencer (PA)
New Jersey Law Journal
New York Law Journal
GC New York

**DIRECTORIES**
ALM Experts
LegalTech® Directory
In-House Law Departments at the Top 500 Companies
New York's Women Leaders in the Law
Corporate Counsel: Best Lawyers® Annual Guides
The American Lawyer: Best

**BOOKS & NEWSLETTERS**
Best-Selling Books
Publication E-Alerts
Law Journal Newsletters
LawCatalog Store
Law Journal Press Online

**RESEARCH**
ALM Legal Intelligence

**EVENTS & CONFERENCES**
ALM Events
LegalTech®
Virtual LegalTech®
Virtual Events
Webinars & Online Events
Insight Information

| | | | | | |
|---|---|---|---|---|---|
| The American Lawyer | The Recorder (CA) | Lawyers® Annual Guides | Court Reporters | **REPRINTS** | |
| The Am Law Litigation Daily | Texas Lawyer | The National Law Journal | MA 3000 | Reprints | |
| Corporate Counsel | | Leadership Profiles | Verdict Search | **ONLINE CLE** | |
| Law Technology News | | National Directory of Minority | ALM Experts | CLE Center | |
| The National Law Journal | | Attorneys | Legal Dictionary | | |
| | | | Smart Litigator | **CAREER** | |
| | | | | Lawjobs | |

About ALM  | About Law.com | Customer Support | Reprints | Privacy Policy  | Terms & Conditions
Copyright 2013 ALM Media Properties, LLC. All rights reserved.

