# EXHIBIT 4

**ss hkw-law.com**

| | |
|---|---|
| **From:** | paygovadmin@mail.doc.twai.gov |
| **Sent:** | Monday, November 25, 2013 11:44 AM |
| **To:** | ss hkw-law.com |
| **Subject:** | Pay.gov Payment Confirmation: GAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Kathy Farmer at (404) 215-1630.

Application Name: GAND CM ECF
Pay.gov Tracking ID: 25D9C5SN
Agency Tracking ID: 113E-4904982
Transaction Type: Sale
Transaction Date: Nov 25, 2013 11:44:11 AM

Account Holder Name: Douglas Kertscher
Transaction Amount: $400.00
Billing Address: 3350 Riverwood Parkway
Billing Address 2: Suite 800
City: Atlanta
State/Province: GA
Zip/Postal Code: 30339
Country: USA
Card Type: Visa
Card Number: ***********0002

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

MLQ Attorney Services
2000 Riveredge Parkway, Suite 885
Atlanta , GA 30328
770—984—7007
770—984—7049

Job No: 373623

Date: 12/04/2013

Our Tax ID#: **58—2428431**

Dana Stanley
Hill Kertscher & Wharton, LLP
3350 Riverwood Pkwy #800

Atlanta, GA 30339

## INVOICE FOR SERVICE

Firm ID:5546
Firm Name:Hill Kertscher & Wharton, LLP
Client Matter No:
Youth Villages, Inc.
Date Completed: 12/02/2013
Paul Pilloughby,Phillip Davis, and Crystal Foster—
Gadsden for and on Behalf of Themselves and Other
Persons Similarly Situated v. YOUTH VILLAGES,
INC.

Service of Process, 1st Attempt Zone A          12/02/13 @ 12:25 pm          $60.00
Fuel Surcharge – On Demand Local                                            $5.00

4-1721

12/02/13

TOTAL CHARGES:                                                              $65.00

BALANCE:                                                                    $65.00

| | | | | | |
|---|---|---|---|---|---|
| 01/16 | 01/15 | FREE CONFERENCING CORP 877-482-5838 CA | 24254775018464042030427 | 5812 | 17.48 |
| 01/19 | 01/16 | TACOS LA VILLA          SMYRNA       GA | | | |
| 01/20 | 01/19 | FREE CONFERENCING CORP 877-482-5838 CA | 24493985019207026402301 | 7399 | 15.28 |

**Total Activity 3,519.89**

**KERTSCHER, DOUGLAS R**
**Account Number: XXXX-XXXX-XXXX-8531**

| | | | | | |
|---|---|---|---|---|---|
| 12/30 | 12/29 | GEORGIA DUPLICATING PRDCT 478-781-8991 GA | 24387754363004089004079 | 5004 | 1,752.22 |
| 01/05 | 01/04 | WEB*NETWORKSOLUTIONS 888-642-9675 FL | 2469216500400616510624 | 5968 | 15.99 |
| 01/06 | 01/05 | TCA*MIDTOWN WINDY HILL 770-953-1100 GA | 2469216500500119400074 | 7997 | 127.00 |
| 01/08 | 01/06 | COPELAND'S OF NEW ORLE ATLANTA GA | 24692165007000830320724 | 5812 | 32.89 |
| 01/08 | 01/07 | DELTA AIR 00623776819800DELTA.COM CA | 24717055008870080231760 | 3058 | 376.20 |
| | | KERTSCHER/DOUGL | | | |
| | | 0062377681980 | | | |
| 01/09 | 01/07 | ATLANTA BAR ASSOCIATION ATLANTA GA | 24559305008400006600136 | 9399 | 35.00 |
| 01/12 | 01/09 | NAPLES GRANDE BEACH RESO NAPLES FL | 24493985009200534100717 | 7011 | 319.00 |
| | | Arrival: 01/09/15 | | | |
| 01/12 | 01/10 | GSCCCA          404-327-9058 GA | 24431065011026922329929 | 9399 | 11.95 |
| 01/14 | 01/12 | RACETRAC417 00004176 DOUGLASVILLE GA | 24164075013974822710138 | 5542 | 29.00 |
| 01/14 | 01/13 | DELTA AIR 00623783404288DELTA.COM CA | 24717055014870140286210 | 3058 | 135.30 |
| | | KERTSCHER/DOUGL | | | |
| | | 0062378340428 | | | |
| 01/15 | 01/13 | LA QUINTA INN          DOUGLASVILLE GA | 24610435014004037050669 | 3516 | 94.30 |
| | | Arrival: 01/12/15 | | | |
| 01/16 | 01/14 | LA QUINTA INN          DOUGLASVILLE GA | 24610435015004035051007 | 3516 | 200.10 |
| | | Arrival: 01/12/15 | | | |
| 01/20 | 01/17 | PORTFOLIO MEDIA INC 212-5376331 NY | 24789305019817702999455 | 5969 | 108.25 |
| 01/21 | 01/20 | SUPREME COURT OF OHIO 614-3879320 OH | 24717055021120214109604 | 9399 | 150.00 |
| 01/22 | 01/21 | PAYPAL *W2MATE.COM 708-479-8731 IL | 24492155021894000709160 | 5734 | 39.00 |
| 01/23 | 01/23 | DOMINO'S 5742 478-929-0151 GA | 24445005023000458500886 | 5814 | 93.69 |

**NORTH, JOHN L**
**Account Number: XXXX-XXXX-XXXX-1270**

**Total Activity 8,786.94**

## Transactions

| Posting Date | Transaction Date | Description | Reference Number | MCC | Charge | Credit |
|---|---|---|---|---|---|---|
| | | | | | **Total Activity** | **3,404.39** |

**KERTSCHER, DOUGLAS R**
Account Number: XXXX-XXXX-XXXX-8531

| Posting Date | Transaction Date | Description | Reference Number | MCC | Charge | Credit |
|---|---|---|---|---|---|---|
| 01/26 | 01/21 | AMERICAN BAR ASSOCIATION 800-285-2221 IL | 24326845023206157501793 | 8699 | 525.00 | |
| 01/26 | 01/25 | Amazon.com AMZN COMBILLWA | 24692165025000888532236 | 5942 | 132.57 | |
| 01/27 | 01/26 | WWW.NEWEGG.COM 800-390-1119 CA | 24692165026000644091542 | 5732 | 22.98 | |
| 01/28 | 01/27 | JASON'S DELI # 072 Q64 ATLANTA GA | 24692165028000111740876 | 5812 | 69.49 | |
| 01/29 | 01/26 | ATLANTA BAR ASSOCIATION ATLANTA GA | 24559305028400006770125 | 9399 | 25.00 | |
| 01/29 | 01/28 | EMORY VISITOR PARKING ATLANTA GA | 24001755028200499405936 | 7523 | 5.00 | |
| 01/30 | 01/29 | WWW.NEWEGG.COM 800-390-1119 CA | 24692165029000794520958 | 5732 | 224.95 | |
| 01/30 | 01/29 | COLDSTONECAKES.COM 888-4116626 NY | 24040685029900011991997 | 5499 | 41.31 | |
| 02/02 | 01/29 | T MAC 033 ATLANTA GA | 24755425030150303370228 | 5812 | 568.78 | |
| 02/03 | 02/02 | CORPORATIONS ATLANTA GA | 24431065033014000949911 | 9399 | 50.00 | |
| 02/05 | 02/04 | TCA*MIDTOWN WINDY HILL 770-537-1100 GA | 24692165035000644213699 | 7997 | 226.04 | |
| 02/09 | 02/07 | LA QUINTA INN DOUGLASVILLE GA Arrival: 02/12/15 | 24610435038004030095887 | 3516 | 100.00 | |
| 02/09 | 02/06 | GALLERIA BAR & GRILLE LLCATLANTA GA | 24073145039900019002840 | 5812 | 60.85 | |
| 02/11 | 02/09 | LOCAL THREE LLC ATLANTA GA | 24692165041000348305579 | 5812 | 40.90 | |
| 02/10 | 02/10 | Amazon.com AMZN COMBILLWA | 24692165041000053240958 | 5942 | 44.50 | |
| 02/11 | 02/10 | GSCCCA 404-327-9058 GA | 24431065042026086931505 | 9399 | 11.95 | |
| 02/13 | 02/11 | AAA PARK TWO LIVE OAK ATLANTA GA | 24050805043000014008248 | 7523 | 5.00 | |
| 02/16 | 02/12 | LA QUINTA INN DOUGLASVILLE GA Arrival: 02/12/15 | 24610435044004026026617 | 3516 | 25.00 | |
| 02/18 | 02/17 | SQ *ZEKARIAS TIYO Dallas TX | 24692165049000027492203 | 4121 | 61.20 | |
| 02/19 | 02/17 | CAPITAL GRILLE00080127 DALLAS TX | 24399050495840000121446 | 5812 | 513.16 | |
| 02/19 | 02/17 | PORTFOLIO MEDIA INC 212-5376331 NY | 24789305049154025510388 | 5969 | 108.25 | |
| 02/19 | 02/17 | CROWNE PLAZA DOWNTOWN DAL214-7425678 TX Arrival: 02/17/15 | 24275395049384400545300 | 3750 | 114.11 | |
| 02/19 | 02/18 | DELTA AIR 00601453032 46DALLAS TX KERTSCHER/DOUGL 006014530 3246 | 24717055050870500628998 | 3058 | 50.00 | |
| 02/19 | 02/18 | DELTA AIR 0062191702478HIBBING MN KERTSCHER/DOUGL 0062191702478 | 24717055050870500904589 | 3058 | 50.00 | |
| 02/20 | 02/18 | ALKAYCEE EXECUTIVE CAR R SERVICE TX | 24071055050987192275456 | 4121 | 65.00 | |
| 02/20 | 02/18 | ATL AIRPORT S HRLY EXPRESATLANTA GA | 24789305050163600392851 | 7523 | 68.00 | |
| 02/20 | 02/18 | CROWNE PLAZA DOWNTOWN DALDALLAS TX Arrival: 02/18/15 | 24275395050389200596433 | 3750 | 14.85 | |
| 02/25 | 02/24 | OUR GREEN HOUSE 203-270-3797 CT | 24492155055894814442205 | 5641 | 165.50 | |
| 02/25 | 02/25 | VISA REWARDS FEE | | 0001 | 15.00 | |

**NORTH, JOHN L**
Account Number: XXXX-XXXX-XXXX-1970

| | | | | | **Total Activity** | **3,152.41** |
|---|---|---|---|---|---|---|

| Posting Date | Transaction Date | Description | Reference Number | MCC | Charge | Credit |
|---|---|---|---|---|---|---|
| 02/02 | 01/31 | CROWNE PLAZA DOWNTOWN DAL214-7425678 TX | 24275395032382000047682 | 3750 | 548.00 | |
| 02/02 | 01/30 | DELTA AIR 0062300188787DELTA.COM CA GANTI/VIVIEK 0062300188787 AS W PDX UA W SFO Departure Date: 02/12/15 Airport Code: SFO Departure Date: 02/12/15 Airport Code: SBP | 0062300188787 | | 104.08 | |









# D'AMICO GERSHWIN, INC

COURT REPORTERS & VIDEOCONFERENCING

**11475 West Road**
**Roswell, Georgia 30075**
**(770) 645-6111 Fax: (770) 643-1317**
**Federal EIN 58-2362483**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/7/2014 | DG14-0678 |

**Bill To**

Julie Burke, Esq.
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, GA 30339

*We now accept all major credit cards!*

Reported by G. Paige Alexander, CSR.

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| 1:13-cv-03910-SCJ USDC | Condensed CT Exhibits Minu-Script Bundle Care/Handling | (Condensed Copy Ordered Only.) - Phillip Davis - 4/25/14<br><br>Delivered on: 5/7/14<br>Willoughby, et al vs. Youth Villages, Inc. | 74<br>13 |

*4-1721*
*T/S SS*
*05/07/14*

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | |
|-------|------------------------------------------|-------|---|
| 10% Net 30 | $226.72 | | $251.91 |

Thank you for your Business! 1.5% Finance Charge Accrued Monthly on Past-Due Balances. If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm. Payment is not contingent upon client reimbursement. D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



**D'AMICO GERSHWIN, INC**
COURT REPORTERS & VIDEOCONFERENCING
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/7/2014 | DG14-0671 |

**Bill To**

Douglas R. Kertscher, Esq.
Hill, Kertscher & Wharton
Suite 800
3350 Riverwood Parkway
Atlanta, GA 30339

*We now accept all major credit cards!*

Reported by Laura Gildenberg, CSR

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| 1:13-CV-03910-SCJ USDC | Appearance | (Includes first 3 hrs.) | |
| | App. Additional Hrs | Willoughby, et al vs. Youth Villages | 5 |
| | O & Mini | William Booze, Jr. - 4/23/14 | 128 |
| | O & Mini | Byron Graham - 4/23/14 | 103 |
| | Exhibits | | 2 |
| | Jurat | | 2 |
| | Minu-Script Bundle | Delivered on: 5/7/14 | |
| | USDC CD | (CD attached to Original Transcript) | 2 |
| | Care/Handling | | |
| | | On 6/16/14, Original transcripts will be forwarded with or without signature. (Booze, Jr. & Graham) | |

4- 1721
T/S SS
05/07/14

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | |
|-------|------------------------------------------|-------|--|
| 10% Net 30 | $1,115.35 | **Total** | **$1,239.28** |

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



**D'AMICO GERSHWIN,INC**
COURT REPORTERS & VIDEOCONFERENCING
11475 West Road
Roswell, Georgia 30075
(770) 645-6111 Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 5/8/2014 | DG14-0683 |

| Bill To |
|---------|
| Julie Burke, Esq.
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, GA 30339 |

*We now accept all major credit cards!*

4-1721
T/S SS
05/08/14

| | Reported by Laura Gildenberg, CSR |
|---|---|

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| 1:13-CV-03910-SCJ
USDC | 1/2 App. Fee

O & Mini
Condensed CT

Exhibits
Jurat
Minu-Script Bundle
USDC CD
Care/Handling | (Appearance Split Between Counsel.)

David R. Thompson - 4/24/14
(Condensed Copy Ordered Only.) - Paul Willoughby - 4/24/14

(Willoughby)
Delivered on: 5/8/14
(CD attached to Original Transcript)
Willoughby, et al vs. Youth Villages, Inc.


On 6/19/14, Original transcript will be forwarded with or without signature
(Thompson)

Please return jurat/errata pages by 6/9/14, Original transcript will be forwarded to responsible party with or without obtaining signature.
(Willoughby) |

75
185

33
1

1 |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | **Total** | **$980.97** |
|-------|------------------------------------------|-----------|-------------|
| 10% Net 30 | **$882.87** | | |

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



Expertise
Integration
Data Migration
Workforce Management Systems **eXperts**

The BrekGroup, Inc.
714 Clayton St. Orlando, FL 32804
(407) 841.3391
Info@BrekGroup.com

4-1721
T/S SS
08/01/14

| Bill To: |
|---|
| Julie Hoehn Burke, esq.<br>Hill, Kertscher & Wharton, LLP<br>3350 Riverwood Parkway, Suite 800<br>Atlanta, Georgia<br>30339 |

*willoughby*

| **Invoice:** | 2014-42 |
|---|---|
| **Date:** | Aug 1, 2014 |
| **Terms:** | Upon Receipt |

| Job Number | Description | Standard Rate | Negotiated Rate | Hours | Amount |
|---|---|---|---|---|---|
| 1000 | Kronos Consulting | $ 195.00 | $ 150.00 | $ 1.00 | $ 150.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | Amount |
|---|---|---|
| Total Project Fee | | $ 150.00 |
| Deposit Due | | $ 0.00 |
| Deposit Applied | | $ 0.00 |
| Remaining Balance | | $ 150.00 |
| Thank you for your business!   Total Amount Due Now | | **$ 150.00** |



# D'AMICO GERSHWIN, INC

**COURT REPORTERS & VIDEOCONFERENCING**
11475 West Road
Roswell, Georgia 30075
(770) 645-6111 Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 12/3/2014 | DG14-1844 |

| Bill To |
|---------|
| Julie Burke, Esq.<br>Hill, Kertscher & Wharton, LLP<br>3350 Riverwood Parkway<br>Suite 800<br>Atlanta, GA 30339 |

*We now accept all major credit cards!*

Reported by G. Paige Alexander, CSR.

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| USDC<br>1:13-CV-03910-SCJ | Appearance<br>O & Mini<br><br>Exhibits<br>Jurat<br>Care/Handling<br>Minu-Script Bundle | (Includes first 3 hrs.)<br>EDDIE LEE DOWDEL, JR. - 11.20.14<br><br>Stephenson, et al vs. Youth Villages 4-1721<br><br>Delivered on: 12.3.14   T/3 SS<br>12/03/14<br><br>On January 13, 2015, the original transcript will be forwarded to your office with or without signature being obtained. | 102<br><br>158 |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | |
|-------|------------------------------------------|-------|-------|
| 10% Net 30 | $616.64 | | $685.16 |

Thank you for your Business! 1.5% Finance Charge Accrued Monthly on Past-Due Balances. If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm. Payment is not contingent upon client reimbursement. D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.

# D'AMICO GERSHWIN, INC

**COURT REPORTERS & VIDEOCONFERENCING**
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/6/2015 | DG15-204 |

**We now accept all major credit cards!**

| Bill To |
|---------|
| Douglas R. Kertscher, Esq.<br>Hill, Kertscher & Wharton<br>Suite 800<br>3350 Riverwood Parkway<br>Atlanta, GA  30339 |

| | TERMS |
|---|-------|
| | Due on receipt |

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| USDC 1:13-CV-03910-SCJ | Video Teleconference<br>VT Bridge | Stephenson, et al vs. Youth Villages<br>2 sites | 2.25<br>4.5 |
| | VC Recording | Latonya Pendleton  -  1.26.16 | 2.25 |

*4-1721*
*01|26|15*

| THANK YOU FOR YOUR BUSINESS! | **Total** | $710.00 |
|------------------------------|-----------|---------|

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



# ALPHA
## REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Friday, January 30, 2015 | 102013swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974          FAX (901) 523-8975
(800) 556-8974

**www.alphareporting.com**

Tax Number          Terms: Payable upon receipt
62-1162456          1.5% per month

Julie Burke
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

| | |
|---|---|
| **Witness:** | Floyd, Travis |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 1/14/2015 |
| **Start Time:** | 9:00 AM |
| **End Time:** | 10:20 AM |
| **Claim #:** | |
| **File #:** | |

4-1721

01/30/15

20785cc

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.50 | 63 | $157.50 |
| Condensed | $20.00 | 1 | $20.00 |
| CD - 1 File  (E-Tran, ASCII & Exhibits) | $25.00 | 1 | $25.00 |
| Exhibits - Scan, Copy & Bind | $0.50 | 4 | $2.00 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |

| | |
|---|---|
| **Sub Total** | $219.50 |
| **Payments** | $0.00 |
| **Balance Due** | $219.50 |

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:

☐ Charge my credit card:
☐ VISA   ☐ MasterCard

Alpha Reporting Corporation

☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐   ☐☐ ☐☐

Credit Card #                          Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Telephone

***Payment Due Upon Receipt of Invoice***

# D'AMICO GERSHWIN, INC

**COURT REPORTERS & VIDEOCONFERENCING**
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/6/2015 | DG15-205 |

*We now accept all major credit cards!*

**Bill To**

Douglas R. Kertscher, Esq.
Hill, Kertscher & Wharton
Suite 800
3350 Riverwood Parkway
Atlanta, GA  30339

| TERMS |
|-------|
| Due on receipt |

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| USDC<br><br>1:13-cv-03910-SCJ | Appearance<br>O & Mini<br>Exhibits<br>Minu-Script Bundle<br>E-Transcript<br>Care/Handling<br>Jurat<br>USDC CD | Stephenson, et al vs. Youth Villages<br>LATONYA PENDLETON  -  1.26.15<br><br>Delivered on:  2.6.15<br>Delivered on:  2.6.15<br><br>(CD attached to Original Transcript)<br><br><br><br>On March 19, 2015 the original transcript will be<br>delivered to your office with or without signature<br>being obtained.<br><br>Reported by Alpha Reporting on behalf of D'Amico<br>Gershwin. | 97<br>8 |

*4-1721*
*T/S 55*
*02/06/15*

| THANK YOU FOR YOUR BUSINESS! | **Total** | **$644.11** |
|------------------------------|-----------|-------------|

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



**ALPHA** REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102352swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974      FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

Tax Number       Terms: Payable upon receipt
62-1162456        1.5% per month

| | |
|---|---|
| **Witness:** | Flood, Lavon |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 1/12/2015 |
| **Start Time:** | 1:45 PM |
| **End Time:** | 3:08 PM |
| **Claim #:** | |
| **File #:** | |

4-1721
T/S SO
02/16/15

32485LN

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 83 | $199.20 |
| Exhibits - Scan, Copy & Bind | $0.50 | 17 | $8.50 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $207.70 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $207.70 |

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:

Alpha Reporting Corporation

☐ Charge my credit card:
☐ **VISA**   ☐ **MasterCard**

Signature (as it appears on your credit card)

Credit Card #                          Exp. Date

Print Name (as it appears on your credit card)

Daytime Telephone

*Payment Due Upon Receipt of Invoice*



**ALPHA REPORTING CORPORATION**

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102355swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974      FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

Tax Number    Terms: Payable upon receipt
62-1162456     1.5% per month

| | |
|---|---|
| **Witness:** | Cham, Fannie |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 12/8/2014 |
| **Start Time:** | 9:45 AM |
| **End Time:** | 11:15 AM |
| **Claim #:** | |
| **File #:** | 20610cc |

*4-1721*
*T/S SS*
*02/16/15*

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 81 | $194.40 |
| Exhibits - Scan, Copy & Bind | $0.50 | 14 | $7.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $201.40 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $201.40 |

**Method of Payment:**

Check Enclosed               Charge my credit card:
Please make check payable to:          __ VISA    __ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Credit Card #                    Exp. Date

Print Name (as it appears on your credit card)

Daytime Telephone

**Payment Due Upon Receipt of Invoice**



**ALPHA** REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102354swlh |

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974   FAX (901) 523-8975
(800) 556-8974

**www.alphareporting.com**

Tax Number
62-1162456

Terms: Payable upon receipt
1.5% per month

| | |
|---|---|
| **Witness:** | Stephenson, Jaime |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 12/8/2014 |
| **Start Time:** | 12:20 PM |
| **End Time:** | 2:00 PM |
| **Claim #:** | |
| **File #:** | |

4-1721
T/S SS
02|16|15

20611cc

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 84 | $201.60 |
| Exhibits - Scan, Copy & Bind | $0.50 | 12 | $6.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | **$207.60** |
| | **Payments** | | **$0.00** |
| | **Balance Due** | | **$207.60** |

**Method of Payment:**

Check Enclosed          Charge my credit card:
Please make check payable to:          VISA          MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date

Daytime Telephone

*Payment Due Upon Receipt of Invoice*



ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102353swlh |

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974     FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number        Terms: Payable upon receipt
62-1162456        1.5% per month

| | |
|---|---|
| **Witness:** | Reid, Steve |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 1/12/2015 |
| **Start Time:** | 3:00 PM |
| **End Time:** | 5:16 PM |
| **Claim #:** | |
| **File #:** | 32486LN |

47721
T/S 85 02116/15

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 85 | $204.00 |
| Exhibits - Scan, Copy & Bind | $0.50 | 10 | $5.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $209.00 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $209.00 |

**Method of Payment:**

☐ Check Enclosed                    ☐ Charge my credit card:
Please make check payable to:        ☐ VISA    ☐ MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

_____        _____        Print Name (as it appears on your credit card)
Credit Card #                           Exp. Date
                                        Daytime Telephone

***Payment Due Upon Receipt of Invoice***



ALPHA REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102351swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974        FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

Tax Number          Terms: Payable upon receipt
62-1162456          1.5% per month

| | |
|---|---|
| **Witness:** | Schwam, Rebecca |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 1/12/2015 |
| **Start Time:** | 12:00 PM |
| **End Time:** | 1:25 PM |
| **Claim #:** | |
| **File #:** | 32484LN |

4-1721
T/S SS
02|16|15

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 96 | $230.40 |
| Exhibits - Scan, Copy & Bind | $0.50 | 39 | $19.50 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $249.90 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $249.90 |

**Method of Payment:**

___ Check Enclosed                    ☐ Charge my credit card:
Please make check payable to:              · VISA      MasterCard

Alpha Reporting Corporation

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                              Exp. Date      Daytime Telephone

*Payment Due Upon Receipt of Invoice*



**ALPHA** REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102350swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

(901) 523-8974          FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number          Terms: Payable upon receipt
62-1162456          1.5% per month

| | |
|---|---|
| **Witness:** | Artimus, Bernard |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 12/9/2014 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 11:00 AM |
| **Claim #:** | |
| **File #:** | 20612cc |

*4-1721*
*T/S SS*
*02|16|15*

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 68 | $163.20 |
| Exhibits - Scan, Copy & Bind | $0.50 | 5 | $2.50 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | **$165.70** |
| | **Payments** | | **$0.00** |
| | **Balance Due** | | **$165.70** |

**Method of Payment:**

☐ Check Enclosed
**Please make check payable to:**
Alpha Reporting Corporation

Charge my credit card:
VISA    MasterCard

Signature (as it appears on your credit card)
_____

Print Name (as it appears on your credit card)

Credit Card #          Exp. Date          Daytime Telephone

***Payment Due Upon Receipt of Invoice***



**ALPHA** REPORTING CORPORATION

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102349swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974        FAX (901) 523-8975
(800) 556-8974

**www.alphareporting.com**

Tax Number        Terms: Payable upon receipt
62-1162456        1.5% per month

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

| | |
|---|---|
| **Witness:** | Hayes, Lamar |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 12/9/2014 |
| **Start Time:** | 2:00 PM |
| **End Time:** | 3:25 PM |
| **Claim #:** | |
| **File #:** | |

47771
T/S SS
02/16/15

20613cc

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 71 | $170.40 |
| Exhibits - Scan, Copy & Bind | $0.50 | 2 | $1.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| **Sub Total** | | | $171.40 |
| **Payments** | | | $0.00 |
| **Balance Due** | | | $171.40 |

**Method of Payment:**

Check Enclosed

**Please make check payable to:**

Alpha Reporting Corporation

Charge my credit card:

VISA    MasterCard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #        Exp. Date        Daytime Telephone

***Payment Due Upon Receipt of Invoice***



**REPORTING CORPORATION**

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Friday, February 13, 2015 | 102333swlh |

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974     FAX (901) 523-8975
(800) 556-8974

**www.alphareporting.com**

Tax Number     Terms: Payable upon receipt
62-1162456       1.5% per month

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

| | |
|---|---|
| **Witness:** | Liner, Steven |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 1/13/2015 |
| **Start Time:** | 11:00 AM |
| **End Time:** | 12:00 PM |
| **Claim #:** | |
| **File #:** | 32548LN |

*(handwritten:) 4-1721  T/3 GG  07·16·15*

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 48 | $115.20 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | $130.20 |
| | **Payments** | | $0.00 |
| | **Balance Due** | | $130.20 |

**Method of Payment:**

☐ Check Enclosed
Please make check payable to:
Alpha Reporting Corporation

☐ Charge my credit card:
☐ VISA   ☐ MasterCard

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Credit Card #                    Exp. Date

Daytime Telephone

**Payment Due Upon Receipt of Invoice**



**REPORTING CORPORATION**

*1st in Reporting, 1st in Service, & 1st in Technology*

| Invoice Date | Invoice # |
|---|---|
| Monday, February 16, 2015 | 102348swlh |

Douglas Kertscher
Hill Kertscher Wharton
3350 Riverwood Pkwy.
Suite 900
Atlanta, GA 30339

**Remit to:**

236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974        FAX (901) 523-8975
(800) 556-8974

**www.alphareporting.com**

Tax Number        Terms: Payable upon receipt
62-1162456        1.5% per month

| | |
|---|---|
| **Witness:** | Ventra, Steven |
| **Case:** | Willoughby, Paul, et al vs. Youth Villages, Inc. |
| **Venue:** | US District Court Northern District of GA |
| **Case #:** | 1:13-cv-03910-SCJ |
| **Date:** | 12/9/2014 |
| **Start Time:** | 11:45 AM |
| **End Time:** | 12:55 PM |
| **Claim #:** | |
| **File #:** | |

*4 -1721*
*SS*
*02|16|15*    20614cc

| Description | Each | Quan | Total |
|---|---|---|---|
| Transcript Copy/ Word Index | $2.40 | 95 | $228.00 |
| Exhibits - Scan, Copy & Bind | $0.50 | 3 | $1.50 |
| Binding/Handling | $15.00 | 1 | $15.00 |
| Complimentary Repository | $0.00 | 1 | $0.00 |
| | **Sub Total** | | **$244.50** |
| | **Payments** | | **$0.00** |
| | **Balance Due** | | **$244.50** |

**Method of Payment:**

☐ Check Enclosed              ☐ Charge my credit card:
Please make check payable to:        ☐ VISA    ☐ MasterCard

Alpha Reporting Corporation

_____    _____    _____
Credit Card #                         Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Telephone

***Payment Due Upon Receipt of Invoice***

 Charles River
Associates

CRA No. D20511

February 25, 2015

Douglas Kertscher
Hill Kertscher & Wharton LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339

**CRA Invoice Number:**     **1015645**

**Re:**     <u>Paul Willoughby, et al vs. Youth Villages Incorporated, et al</u>

Activity Dates:  through January 31, 2015

4-1721
T/S
02/25/15

Professional Fees                                                   7,306.00

**Total Invoice:**                                                **$ 7,306.00**

**Please remit payment via:**

| **Wire:** | **ACH:** | **Lockbox:** |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:        CRA International, Inc. is not subject to backup withholding.
                  Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are
outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.



# D'AMICO GERSHWIN,INC

**COURT REPORTERS & VIDEOCONFERENCING**

**11475 West Road**
**Roswell, Georgia 30075**
**(770) 645-6111  Fax: (770) 643-1317**
**Federal EIN 58-2362483**

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 2/26/2015 | DG15-292 |

**Bill To**

Douglas R. Kertscher, Esq.
Hill, Kertscher & Wharton
Suite 800
3350 Riverwood Parkway
Atlanta, GA  30339

*We now accept all major credit cards!*

Reported by Cynthia B. Gatewood, CSR

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| USDC/Atlanta 1:13CV03910-SCJ | Appearance 75% Rush 0&1 Exhibits Mini/Word Index Minu-Script Bundle Elec. C/H | (Includes first 3 hrs.) EUGENE DORSEY, JR. - 2.25.15 Willoughby, et al vs. Youth Villages, Inc. Delivered on: 2.27.15 | 51 8 |

4-1721

02/26/15

| TERMS | Total Within 30 Days; Forfeited 31+ Days | Total | $546.17 |
|-------|------------------------------------------|-------|---------|
| 10% Net 30 | $491,55 | | |

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



**D'AMICO GERSHWIN,INC**

COURT REPORTERS & VIDEOCONFERENCING
11475 West Road
Roswell, Georgia 30075
(770) 645-6111  Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/16/2015 | DG15-394 |

*We now accept all major credit cards!*

| Bill To |
|---------|
| Julie Burke, Esq.<br>Hill, Kertscher & Wharton, LLP<br>3350 Riverwood Parkway<br>Suite 800<br>Atlanta, GA  30339 |

| TERMS |
|-------|
| Due on receipt |

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| 1:13-cv-03910-SCJ USDC | Mivnet 9-5 VC/SD Duplication DVD | Stephenson, et al vs. Youth Villages, Inc.<br>Bernard Dickson  -  3.6.15 | 2.5<br>2 |

4-1721
T/S SS
03/16/16

| THANK YOU FOR YOUR BUSINESS! | **Total** | **$458.60** |
|---|---|---|

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.

# D'AMICO GERSHWIN, INC.

**COURT REPORTERS & VIDEOCONFERENCING**
11475 West Road
Roswell, Georgia 30075
(770) 645-6111 Fax: (770) 643-1317
Federal EIN 58-2362483

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 3/18/2015 | DG15-413 |

*We now accept all major credit cards!*

**Bill To**

Julie Burke, Esq.
Hill, Kertscher & Wharton, LLP
3350 Riverwood Parkway
Suite 800
Atlanta, GA 30339

Reported by Cynthia B. Gatewood, CSR

| CASE/FILE NO. | ITEM | DEPOSITION/HEARINGS | PGS/HRS |
|---------------|------|---------------------|---------|
| USDC/Atlanta 1:13CV03910-SCJ | Appearance VIT1 0&Mini Exhibits USDC CD Jurat Care/Handling Minu-Script Bundle | (Includes first 3 hrs.) BERNARD DICKSON - 3.6.15 Willoughby, et al vs. Youth Villages, Inc. (CD attached to Original Transcript) Delivered on: 3.18.15 On May 4, 2015, the original transcript will be forwarded to your office with or without signature being obtained. 4·172 l T/S SS 03/18/15 | 94 88 |

| TERMS | Total Within 30 Days; Forfeited 31+ Days | **Total** | **$679.12** |
|-------|------------------------------------------|-----------|-------------|
| 10% Net 30 | **$611.21** | | |

Thank you for your Business!  1.5% Finance Charge Accrued Monthly on Past-Due Balances.  If paying by credit card within 30 days, 7% discount applies vs. 10% on reporting services provided by our firm.  Payment is not contingent upon client reimbursement.  D'Amico Gershwin is Atlanta's "Green" Court Reporting Firm.



CRA No. D20511

April 1, 2015

Douglas Kertscher
Hill Kertscher & Wharton LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339


**CRA Invoice Number:**          **1016198**

**Re:**     <u>**Paul Willoughby, et al vs. Youth Villages Incorporated, et al**</u>

Activity Dates:  through February 28, 2015


|  |  |
|---|---|
| Professional Fees | 51,346.00 |
| **Total Invoice:** | **$ 51,346.00** |

4-1721
7/8 95
04|01| 16

**Please remit payment via:**

| Wire: | ACH: | Lockbox: |
|---|---|---|
| CRA International | CRA International | CRA International |
| Account#. 1139714659 | Account#. 1139714659 | PO Box 845960 |
| ABA#. 011500120 | ABA#. 211070175 | Boston, MA  02284-5960 |
| SWIFT#. CTZIUS33 | RBS Citizens Bank | |
| RBS Citizens Bank | 1 Citizens Dr | |
| 1 Citizens Dr | Riverside, RI 02915 | |
| Riverside, RI 02915 | | |

NOTE:        CRA International, Inc. is not subject to backup withholding.
                 Our corporate Federal Taxpayer Identification Number is 04-2372210.

Invoices are due and payable upon receipt. CRA International, Inc. reserves the option to charge interest on invoices that are
outstanding more than 30 days, at a rate equal to the lower of 1.5% per month or the maximum rate permitted under applicable law.

Charles River Associates
200 Clarendon Street
Boston, MA 02116-5092



Douglas Kertscher
Hill Kertscher & Wharton LLP
3350 Riverwood Parkway, Suite 800
Atlanta, GA 30339

### Reminder Notice of Outstanding Account as of  09/01/2015

*RE:* **Project #D20511 -Paul Willoughby, et al vs. Youth Villages Incorporated, et al**

| Date | Document Type | Reference Number | Days Outstanding | Original Amount | Payments / Credits | Amount Outstanding |
|------|---------------|------------------|------------------|-----------------|--------------------|--------------------|
| 04/01/2015 | Invoice | 1016198 | 153 | 51,346.00 | 40,000.00 | 11,346.00 |
| 07/21/2015 | Invoice | 1017753 | 42 | 3,243.00 | 0.00 | 3,243.00 |

**Total Due Excluding Retainer:**       paid $5000 on 09/14/15          14,589.00   **USD**

If payment has already been sent, please disregard this notice.  If not, please remit payment or contact  Accounts Receivable at CRA_AR@CRAI.COM or (617) 425-3000 with any questions regarding this notice.  Please note project number and/or reference number on any payments or correspondence.

*Invoices are due and payable upon receipt.  CRA reserves the option to charge interest on invoices that are outstanding more than 30 days, at a rate equal to the lower of 1.5 percent per month or the maximum rate permitted under applicable law.*

*Charles River Associates is not subject to backup withholding.  Our Federal Taxpayer Identification Number is 04-2372210.*

**Please remit payment referencing the project and invoice reference numbers to:**

Wire: CRA International, Inc.                ACH: CRA International, Inc.                Lockbox: CRA International, Inc.