Exhibit D – Paralegal Time

| Date | Time Keeper | Work | Time | Fee Charged |
|---|---|---|---|---|
| 09/17/13 | PAR | Request transcript | 0.1 | $8.50 |
| 03/06/14 | SC | Schedule depositions | 0.5 | $42.50 |
| 04/11/14 | SC | Print documents | 0.6 | $51.00 |
| 05/20/14 | SC | Confirm appointments | 0.1 | $8.50 |
| 06/11/14 | SC | Follow up for documents | 0.1 | $8.50 |
| 07/17/14 | SC | Follow up for documents | 0.1 | $8.50 |
| 12/01/14 | SC | Schedule depositions | 0.4 | $34.00 |
| 01/06/15 | DS | Reserve accommodations | 0.8 | $68.00 |
| 01/06/15 | SC | Explain schedule changes | 2.5 | $212.50 |
| 01/08/15 | SC | Schedule depositions | 0.2 | $17.00 |
| 01/08/15 | DS | Research and print emails | 0.2 | $17.00 |
| 01/08/15 | SC | Explain schedule changes | 0.5 | $25.50 |
| 01/09/15 | DS | Copy documents | 1.5 | $127.50 |
| 01/12/15 | SC | Setting up meeting | 0.1 | $8.50 |
| 01/14/15 | DS | Save and print documents | 0.3 | $25.50 |
| 01/15/15 | DS | Scan and save documents | 0.3 | $25.50 |
| 01/20/15 | DS | Transmittal email | 0.4 | $34.00 |
| 01/20/15 | DS | Burn discovery production | 0.5 | $42.50 |
| 01/21/15 | DS | Send discovery via CRA | 1.5 | $127.50 |
| 01/23/15 | DS | Forward discovery | 1.0 | $85.00 |
| 01/27/15 | DS | Save deposition | 0.3 | $25.50 |
| 01/27/15 | DS | Save documents | 0.3 | $25.50 |
| 01/28/15 | DS | Create shell of documents | 2.3 | $195.50 |
| 02/02/15 | SC | Calling multiple plaintiffs | 0.3 | $25.50 |
| 02/04/15 | SC | Mail documents | 0.2 | $17.00 |
| 02/04/15 | DS | Draft mass reminder letter | 2.5 | $212.50 |
| 02/16/15 | SC | Preparing client letter | 0.1 | $8.50 |
| 02/16/15 | SC | Follow up for documents | 0.3 | $25.50 |
| 02/25/15 | SC | Follow up for documents | 4.0 | $340.00 |
| 03/05/15 | SC | Drafting cover letter | 0.7 | $59.50 |
| 03/10/15 | SC | Send email transmittal | 0.1 | $8.50 |
| 03/31/15 | SC | Mail documents | 0.3 | $25.50 |
| 04/09/15 | SC | Follow up for documents | 0.1 | $8.50 |
| 04/16/15 | SC | Follow up for documents | 0.2 | $17.00 |
| 04/16/15 | DS | Finalize & file MSJ | 2.3 | $195.50 |


EXHIBIT D

| | | | | |
|---|---|---|---|---|
| 04/22/15 | SC | Send documents | 0.2 | $17.00 |
| 04/30/15 | DS | Recreate Exhibit 24 | 1.0 | $85.00 |
| 06/02/15 | SC | Follow up for documents | 0.2 | $17.00 |
| 08/25/15 | SC | Sent document | 0.1 | $8.50 |
| 03/22/16 | SC | Sent documents | 0.1 | $8.50 |
| 03/25/16 | SC | Sent documents | 0.1 | $8.50 |
| | | | | $2,312.00 |