Exhibit E, Excessive Time Analysis Chart

Excessive time spent drafting the Complaint

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 09/15/13 | JB | 0.5 | $125 |
| 09/18/13 | JB | 1.0 | $250 |
| 09/25/13 | DRK | 2.0 | $800 |
| 09/27/13 | JB | 0.1 | $25 |
| 09/30/13 | JB | 0.5 | $125 |
| 10/22/13 | JB | 1.5 | $375 |
| 10/23/13 | JB | 2.0 | $500 |
| 11/19/13 | DRK | 1.5 | $600 |
| 11/20/13 | JB | 1.0 | $250 |
| 11/22/13 | JB | 1.5 | $375 |
|  |  | 11.6 | $3425.00 |

As it should have only taken 3 hours, at $250 per hour, to draft the Complaint in this matter, an additional **$2675** in fees should be cut.

Excessive time spent reviewing the Complaint, analyzing Defendant's Answer and preparing for the Rule 26(f) Settlement Conference.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 01/09/14 | JB | 0.6 | $150 |
| 01/17/14 | JB | 1.0 | $250 |
| 01/21/14 | JB | 0.5 | $125 |
| 01/23/14 | JB | 1.7 | $425 |
| 01/24/14 | JB | 3.0 | $750 |
|  |  | 6.8 | $1700.00 |

As it should have only taken 2 hours, at $250 per hour, to prepare for the Settlement Conference in this matter, an additional **$1200** in fees should be cut.

Excessive time researching prior cases involving Defendant.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 01/24/14 | JB | Unspecified | $250 |


EXHIBIT E

|          |            | portion of 3 hours |          |
|----------|------------|--------------------|----------|
| 01/29/14 | JB         | 2.5                | $625     |
| 01/30/14 | JB         | 2.5                | $625     |
| 02/03/14 | JB         | 1.0                | $250     |
| 03/03/14 | JB         | 0.2                | $50      |
|          |            | 6.2+               | $1800.00 |

As it should have only taken 1 hour, at $250 per hour, to research prior cases involving Defendant, an additional **$1550** in fees should be cut.

Excessive time researching FWW method.

| Date     | Timekeeper | Time Spent | Fee      |
|----------|------------|------------|----------|
| 09/05/13 | JB         | 3.0        | $750     |
| 09/06/13 | JB         | 4.0        | $1000    |
| 09/09/13 | JB         | 2.0        | $500     |
| 09/11/13 | JB         | 1.0        | $250     |
| 09/23/13 | JB         | 0.8        | $200     |
| 01/25/15 | JB         | 0.3        | $75      |
| 03/07/14 | JB         | 3.7        | $925     |
| 03/13/15 | JB         | 4.0        | $1000    |
| 03/14/15 | JB         | 1.5        | $375     |
|          |            | 20.3       | $5075.00 |

As it should have only taken 6 hours, at $250 per hour, to research the FWW method, an additional **$3575** in fees should be cut.

Excessive time preparing Motion for Conditional Certification.

| Date     | Timekeeper | Time Spent | Fee   |
|----------|------------|------------|-------|
| 01/24/14 | JB         | 0.5        | $125  |
| 02/06/14 | JB         | 2.6        | $650  |
| 02/07/14 | JB         | 3.5        | $875  |
| 02/08/14 | DRK        | 2.5        | $1000 |
| 02/10/14 | JB         | 1.0        | $250  |
| 02/14/14 | JB         | 3.0        | $750  |
| 02/17/14 | JB         | 0.3        | $75   |
| 02/18/14 | JB         | 0.7        | $175  |
| 02/18/14 | DRK        | 4.8        | $1920 |

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 02/24/14 | JB | 1.3 | $325 |
| | | 20.2 | $6145.00 |

As it should have only taken 10 hours, at $250 per hour, to prepare a Motion for Conditional Certification, an additional **$3645** in fees should be cut.

Excessive time preparing Reply Brief for Conditional Certification.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 03/14/14 | JB | 3.5 | $875 |
| 3/17/14 | JB | 1.3 | $325 |
| 03/18/14 | JB | 2.0 | $500 |
| 03/18/14 | DRK | 3.8 | $950 |
| 03/21/14 | JB | 2.0 | $500 |
| 03/22/14 | JB | 1.5 | $375 |
| 03/24/14 | JB | 2.3 | $575 |
| 03/25/14 | JB | 0.5 | $125 |
| 03/27/14 | JB | 1.0 | $250 |
| | | 17.9 | $4475.00 |

As it should have only taken 8 hours, at $250 per hour, to prepare a Reply in support of a Motion for Conditional Certification, an additional **$2475** in fees should be cut.

Excessive time preparing Motion to Amend / Add Party Plaintiff.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 03/11/14 | JB | 1.1 | $275 |
| 03/12/14 | JB | 1.0 | $250 |
| 03/14/14 | JB | 0.5 | $125 |
| 03/17/14 | JB | 1.3 | $325 |
| 04/14/14 | JB | 1.7 | $425 |
| 04/15/14 | JB | 0.7 | $175 |
| | | 6.3 | $1575.00 |

As it should have only taken 2 hours, at $250 per hour, to prepare a Motion to Amend / Add a Party Plaintiff, an additional **$575** in fees should be cut.

Excessive time preparing Reply in support of Motion to Amend / Add Party Plaintiff.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 04/02/14 | JB | 5.1 | $1275 |
| 04/03/14 | JB | 2.5 | $625 |
| 04/08/14 | DRK | 2.0 | $800 |
| 04/14/14 | JB | 1.7 | $425 |
| 04/15/14 | JB | 0.7 | $175 |
|  |  | 12.0 | $3300.00 |

As it should have only taken 4 hours, at $250 per hour, to prepare a Reply in support of a Motion to Amend / Add a Party Plaintiff, an additional **$2300** in fees should be cut.

Excessive time performing miscellaneous tasks.

| Date | Timekeeper | Time Spent | Fee | Task |
|---|---|---|---|---|
| 02/04/14 | JB | 3.0 | $750 | Researching "Steve Jones cases" |
| 02/05/14 | JB | 3.0 | $750 | Researching social media discoverability |
| 02/08/14 | DRK | 1.0 | $400 | Phone call with "upset" client |
| 02/02/15 | DRK | 2.4 | $960 | Speaking with expert |
|  |  | 12.0 | $2860.00 |  |

As it should have only taken 3.3 hours, at $250 per hour, to perform these tasks, an additional **$2035** in fees should be cut.

Excessive time researching and arguing Rule 8.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 07/27/15 | TC | 0.5 | $100 |
| 07/28/15 | TC | 2.0 | $400 |
| 07/29/15 | TC | 5.7 | $1140 |
| 07/30/15 | TC | 5.0 | $1000 |

| 08/30/15 | TC | 6.0 | $1200 |
|---|---|---|---|
| 10/23/15 | TC | 2.6 | $520 |
| | | 21.8 | $4360.00 |

As it should have only taken 5 hours, at $200 per hour, to perform these tasks, an additional **$3360** in fees should be cut.

See, e.g., *Vazquez v. 1052 LLC*, 2016 U.S. Dist. LEXIS 17055, 7-8 (S.D. Fla. Feb. 11, 2016) (3.5 hours charged for drafting FLSA complaint reduced to 2 hours); *Kelley v. TaxPrep1, Inc.*, 2015 U.S. Dist. LEXIS 163708, 15-16 (M.D. Fla. Nov. 20, 2015) (reducing block-billed time for drafting complaint); *Oliva v. Infinite Energy, Inc.*, 2013 U.S. Dist. LEXIS 180117, at *31-32 (N.D. Fla. Dec. 24, 2013) ("Although counsel was required to review the file to prepare for the settlement conference five hours was more than excessive. Accordingly, 4.0 hours will be deducted from the time requested for this work." . . . "In view of the fact Plaintiff's attorney already spent two hours researching this issue in April, two hours additional hours on the same issue is excessive and unnecessary."); *Nipper v. Lakeland Hotel Investors, Ltd.*, 2010 U.S. Dist. LEXIS 130909, 7-8 (M.D. Fla. Nov. 30, 2010) (cutting 16 hours of research on application of 3 year statute of limitations to willful FLSA claims and application of FWW, among other issues); *Masino v. Rib City Immokalee*, 2009 U.S. Dist. LEXIS 25108 (M.D. Fla. Feb. 26, 2009) (rejecting claim for 4 hours when the complaint was "a simple FLSA complaint that should take no more than one (1) hour to draft").

Excessive time preparing similar complaints.

| Date | Timekeeper | Time Spent | Fee | Task |
|---|---|---|---|---|
| 06/17/15 | JB | 3.5 | $875 | Draft 2nd Complaint |
| 06/23/15 | JB | 0.5 | $125 | Revise & Edit 2nd |
| 06/24/15 | JB | 0.9 | $225 | Revise & Edit 2nd |
| 07/09/15 | JB | 0.2 | $50 | Finalize 2nd |
| 10/19/15 | JB | 2.5 | $625 | Draft individual complaints |
| 10/21/15 | JB | 1.1 | $275 | Continue drafting |
| 10/23/15 | DRK | 4.5 | $1125 | Edit and review |
| 10/26/15 | JB | 0.2 | $50 | Revise individual form |
| 10/27/15 | JB | 2.8 | $700 | Preparing chart for complaints |
| 10/28/15 | JB | 2.8 | $700 | Preparing chart for complaints |
| 10/29/15 | JB | 2.1 | $525 | Preparing chart for complaints |
| 10/30/15 | JB | 6.7 | $1675 | Preparing chart for complaints |
| 10/31/15 | JB | 1.6 | $400 | Continue drafting |
| 11/02/13 | JB | 5.8 | $1450 | Continue preparing |
|  |  | 35.2 | $8800.00 |  |

As it should have only taken 10 minutes, at most, to draft each of the 48 complaints that followed Plaintiffs' original claim herein, they should only be able to bill a total of 16 hours for drafting those items, all at $250 per hour. Thus, an additional **$6800** in fees should be cut. *See Isaula v. Chi. Rest. Group, LLC*, 2014 U.S. Dist. LEXIS 98256 (S.D. Fla. July 11, 2014) (reducing complaint drafting time to .1 hour: "The following entries were plainly copied-and-pasted, in whole or in part, from another similar action.").

Redundant time performing duplicative tasks.

| Date | Timekeeper | Task | Time Spent | Fee |
|---|---|---|---|---|
| 03/03/14 | DRK & JB | Meeting with each other | 0.5 each | $325 |
| 04/22/14 | DRK & JB | Preparing for deposition | 2.5 each | $1625 |
| 04/23/14 | DRK & JB | Taking deposition | 4.8 each | $2470 |

| 12/01/14 | DRK & JB | Meeting with clients | 0.7 each | $455 |
| 12/02/14 | DRK & JB | Meeting with each other | 0.3 each | $195 |
| 01/12/15 | DRK & JB | Meeting with clients | 9.1 each | $5915 |
| 01/13/15 | DRK & JB | Meeting with clients | 0.8 each | $520 |
| 01/16/15 | DRK & JB | Talking with clients | 0.8 each | $520 |
| 01/20/15 | DRK & JB | Call opposing counsel | 0.7 each | $455 |
| 01/20/15 | JB | Various, billed twice | 1.6 twice | $800 |
| 01/22/15 | DRK & JB | Talking with clients | Blockbilled (0.5 each?) | $325 |
| 08/19/15 | JB | Research, billed twice | 0.2 twice | $100 |
| | | | 22.5 | $13705.00 |

As these tasks were either double-billed by one attorney or performed by two attorneys redundantly, fees for only half of those hours should be recovered, again at the rate of $250 per hour. An additional **$8080** should be cut.

- Time spent on unnecessary research about the ADA
  - and decertification appeal that was never pursued.

| Date | Timekeeper | Time Spent | Fee |
|---|---|---|---|
| 01/13/15 | TO | 1.3 | $149.50 |
| 01/15/15 | TO | 2.0 | $230.00 |
| 01/19/15 | TO | 0.5 | $57.50 |
| 06/26/15 | JB | 1.4 | $350 |
| 06/26/15 | JB | 0.4 | $100 |
| 06/28/15 | JC | 0.9 | $225 |
| 06/29/15 | JC | 4.1 | $1025 |
| 06/30/15 | JB | 1.5 | $375 |
| 07/01/15 | JC | 0.1 | $25 |
| 07/06/15 | JB | 1.5 | $375 |
| 07/08/15 | JB | 0.3 | $75 |
| | | | $2987.00 |

Because Plaintiffs never asserted an ADA claim or filed an interlocutory appeal on the decertification issue, these **$2987** in unnecessary fees should be cut.