IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL WILLOUGHBY, PHILLIP DAVIS, JAMIE STEPHENSON <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTH VILLAGES, INC. <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: 1:13-cv-03910-SCJ <br><br> **JURY TRIAL DEMANDED** |

## CONSENT ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS FEES AND EXPENSES

This matter comes before the Court upon the Consent Motion of Plaintiffs, and the Court having considered the Consent Motion and have been advised that the Defendant have agreed to the requested extensions, it is hereby ORDERED that the time within which Plaintiffs may respond to Defendant's Response to Plaintiffs Motion for Attorneys' Fees and Expenses be extended through and including June 15, 2016.

**SO ORDERED**, this  10th day of  June , 2016.

 s/Steve C. Jones
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT COURT JUDGE