IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PAUL WILLOUGHBY,<br>PHILLIP DAVIS,<br>JAMIE STEPHENSON<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YOUTH VILLAGES, INC.<br><br>　　　　Defendant. | CIVIL NO. 1:13-cv-03910-SCJ |

### DEFENDANT'S MOTION FOR LEAVE TO FILE A SURREPLY CONTESTING PLAINTIFFS' REPLY IN SUPPORT OF PETITION FOR ATTORNEY FEES AND EXPENSES

Comes now the Defendant and files this motion for leave to file a surreply not to exceed eight (8) pages to be submitted five (5) days after the entry of the order approving the surreply.

The basis of this motion is that "valid" reasons, as contemplated by the Eleventh Circuit, exist for such a submission. These reasons are set out in greater detail in the memorandum in support of this motion submitted contemporaneously herewith.

Respectfully submitted,

s/ James R. Mulroy, II
James R. Mulroy, II
(TN Bar No. 000098)
JACKSON LEWIS P.C.
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: mulroyj@jacksonlewis.com
*Admitted pro hac vice*

Eric R. Magnus
(GA Bar No. 801405)
JACKSON LEWIS P.C.
1155 Peachtree Street, NE, Suite 1000
Atlanta, GA 30309
Telephone: (404) 525-8200
Facsimile: (404) 525-1173
Email: magnuse@jacksonlewis.com

Kelly S. Carlson
(TN Bar No. 014325)
Youth Villages, Inc., General Counsel
3320 Brother Blvd.
Memphis, TN 38133
Telephone: (901)251-4964
Facsimile: (901)251-5005
Kelly.Carlson@YouthVillages.org
*Admitted pro hac vice*

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June 2015, I electronically filed the foregoing instrument with the Clerk of Court via CM/ECF, which will serve a copy on the following:

>Douglas R. Kertscher, Esq.
>Julie Hoehn Burke, Esq.
>Hill, Kertscher & Wharton LLP
>Riverwood 100
>3350 Riverwood Parkway, Suite 800
>Atlanta, GA  30339
>Telephone: (770) 953-0995
>drk@hkw-law.com
>
>*Attorneys for Plaintiff*

s/ James R. Mulroy, II
Counsel for Defendant

4845-2640-3379, v.  1