# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| PAUL WILLOUGHBY, et al., FOR AND ON BEHALF OF THEMSELVES AND OTHER PERSONS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> vs. <br><br> YOUTH VILLAGES, INC., <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:13-cv-3910-SCJ |

## A T T O R N E Y   F E E   J U D G M E N T

This action having come before the court, the Honorable Steve C. Jones, United States District Judge, for consideration of the Plaintiff's Motion for Attorney's Fees, and the Court having **GRANTED IN PART AND DENIED IN PART** said motion, it is

**Ordered and Adjudged** that the Plaintiff's Attorneys are awarded in the amount of $204,650.15 and Litigation costs are awarded in the amount of $8,425.69.

Dated at Atlanta, Georgia, this 30th day of November, 2016.

JAMES N. HATTEN
CLERK OF COURT

By:   s/ Rebecca Spratt
   Deputy Clerk

Prepared and Entered
in the Clerk's Office
November 30, 2016
James N. Hatten
Clerk of Court

By:  s/ Rebecca Spratt
   Deputy Clerk